# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132687(65)(66)

SUSAN COLLIER, Personal Representative
of the Estate of SILVIO GIANNETTI; and
GIANNETTI INVESTMENT CO.,
        Plaintiffs-Appellants,

v

JERRY PRUZINSKY,
        Defendant-Appellee,

and

ANNA MARIE PRUZINSKY,
        Defendant.
_____/

SC: 132687
COA: 268827
Wayne CC: 92-230961-CK

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's March 26, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. "No appeal" provisions in contracts have long been recognized by this Court as valid and binding. *Wyrzykowski v Budds*, 325 Mich 199, 201-202 (1949); *Cole v Thayer*, 25 Mich 211 (1872).

CAVANAGH, J., would deny reconsideration without the further statement found in the majority's order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2007

_____
Clerk

d0424